Dated: May 2, 2006

1  LAWRENCE J. GORNICK, ESQ. (SBN 136290)
   DENNIS J. CANTY, ESQ. (SBN 207978)
2  EMILY CHARLEY, ESQ. (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California  94104
4  Telephone      (415) 646-7160
   Facsimile      (415) 981-1270
5
6  Attorneys for Plaintiffs
7
8                **UNITED STATES DISTRICT COURT**
9                **NORTHERN DISTRICT OF CALIFORNIA**
10

11  CESAR SEPULVEDA AND MARLENY          )   Case No. C 06 1453 MMC
    SEPULVEDA,                           )
12                                       )   **NOTICE OF VOLUNTARY DISMISSAL**
                   Plaintiffs            )   **AS TO DEFENDANTS ASTRAZENECA**
13                                       )   **PHARMACEUTICALS, L.P.,**
              vs.                        )   **ASTRAZENECA, L.P., JOHNSON &**
14                                       )   **JOHNSON COMPANY AND JANSSEN**
    ASTRAZENECA PHARMACEUTICALS,         )   **PHARMACEUTICA PRODUCTS, L.P.**
15  L.P., et al.                         )   **A/K/A JANSSEN, L.P., A/K/A JANSSEN**
                                         )   **PHARMACEUTICA, L.P., A/K/A**
16                 Defendants.           )   **JANSSEN PHARMACEUTICA, INC.**
                                         )
17                                       )
                                         )   **HON. MAXINE M. CHESNEY**
18                                       )

19        NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs voluntarily

20  dismiss without prejudice defendants **ASTRAZENECA PHARMACEUTICALS, L.P.,**

21  **ASTRAZENECA, L.P., JOHNSON & JOHNSON COMPANY AND JANSSEN**

22  **PHARMACEUTICA PRODUCTS, L.P. A/K/A JANSSEN, L.P., A/K/A JANSSEN**

23  **PHARMACEUTICA, L.P., A/K/A JANSSEN PHARMACEUTICA, INC.** from the above-

24
    captioned action.
25
26  Dated: May 1, 2006              **LEVIN SIMES KAISER & GORNICK LLP**

27                                  Dennis J. Canty
                                    Attorneys for Plaintiff
28

---

VOLUNTARY DISMISSAL                                                          PAGE 1