IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR SEPULVEDA and MARLENY SEPULVEDA, | No. C-06-1453 MMC |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ELI LILLY AND COMPANY, | |
| Defendant | |

    Before the Court is the parties' Joint Case Management Conference Statement, filed September 7, 2006, by which the parties seek to vacate or continue the September 29, 2006 case management conference. The parties state the instant action is subject to a conditional order transferring the action for inclusion in MDL No. 1596, <u>In re Zyprexa Products Liability Litigation</u>.

    Accordingly, for good cause shown, the September 29, 2006 case management conference is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: September 7, 2006

                                                         MAXINE M. CHESNEY
                                                         United States District Judge